Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.:   19−10730−t7
Chapter:  7
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Zomeworks Corporation
a New Mexico Corporation
PO Box 25805
Albuquerque, NM 87125
Tax ID No:  85−0205374

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Yvette J. Gonzales is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

                                    David T. Thuma
                                    United States Bankruptcy Judge

nm_finaldecree.jsp